IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LINDA J. PARKS

VS.  CIVIL ACTION NO. 1:08CV44-DAS

MICHAEL J. ASTRUE,
Commissioner of Social Security

## **FINAL JUDGMENT**

Consistent with the Opinion issued this day, the decision of the Commissioner of Social Security, denying the claimant Linda J. Park's application for disability benefits and supplemental security income is hereby **AFFIRMED**; and the claimant's Complaint herein is **DISMISSED** with prejudice.

**SO ORDERED** this 19th day of March 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE